473 A.2d 678

Gould, Appellant, v. Burritt.

 Submitted March 6, 1984. Allen L. Feingold, for appellant; Frank M. Jakobowski, for appellees.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order opening judgment vacated. Case remanded for further proceedings consistent with Pa.R.Civ.P. 209.

Jurisdiction is relinquished.